FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK C. CHRISTENSON,<br><br>      Plaintiff,<br><br> v.<br><br>DONALD WOLFHOUND,<br><br>      Defendant. | NO: 2:18-CV-365-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

On November 27, 2018, pro se Plaintiff Mark C. Christenson filed a complaint in this matter without paying the required filing fee or submitting an Application to Proceed in Forma Pauperis (IFP). ECF No. 1. On December 19, 2018, the District Court Clerk filed and served upon pro se Plaintiff a Notice of Deficient Filing alerting pro se Plaintiff that failure to pay the filing fee or submit an Application to Proceed In Forma Pauperis (IFP) by January 2, 2019, ". . . may subject this case to dismissal by the Court without further notice or opportunity for hearing." ECF No. 3. To date, nothing further has been filed in this case, and the filing fee has not been paid.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

Accordingly, **IT IS HEREBY ORDERED** that pro se Plaintiff's complaint at ECF No. 1, is **dismissed without prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide a copy to pro se Plaintiff, and **close this case**.

**DATED** April 3, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge